IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BILLY ROGERS,

    Plaintiff,

v.                                         CASE NO. 1:10-cv-00010-MP-AK

BELL, DAVIS, et al,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court upon Plaintiff's Response to an Order to Show Cause, wherein he complains about conditions at the correctional institution and that he had not received the Court's previous order instructing him to file his claims on the proper form and to file a motion for leave to proceed as a pauper with the correct inmate account information. (Doc. 3). Consequently, the Clerk shall re-mail the previous order with attachments which he shall complete, file and return on or before April 9, 2010.

    **DONE AND ORDERED** this *23rd* day of March, 2010

                                     *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge